Evan A. Raynes, State Bar No. 164447
Email:  eraynes@symbus.com
Symbus Law Group, LLC
1775 I Street, NW, Suite 1150
Washington, DC  20006
Phone:  202-258-0652
Fax:  540-518-9037

Counsel for Plaintiff
Boostnatics, LLC

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| Boostnatics, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>I - Max Trading Inc.,<br><br>　　　　　Defendant. | Civil Action No. 2:17-cv-03562<br><br>**COMPLAINT FOR PATENT INFRINGEMENT**<br><br>**JURY TRIAL DEMANDED** |

　　　　Plaintiff Boostnatics, LLC ("Boostnatics"), by its undersigned counsel, alleges as follows upon actual knowledge with respect to itself and its own acts, and upon information and belief as to all other matters.

**NATURE OF THE ACTION**

　　　　This is an action for infringement of U.S. Design Patents Nos. D722,763 (the "'763 Patent") and D751,283 (the "'283 Patent") (collectively, the "Boostnatics Patents") by I - Max Trading Inc. (the "Defendant").

**THE PARTIES**

　　　　1.　　　Plaintiff Boostnatics, LLC ("Boostnatics") is a Texas limited liability company doing business at 808 McPhaul Street, Austin, Texas 78758.  Boostnatics has been designing, importing, and selling novelty items, including keychain devices, since 2014.  Boostnatics sells a variety of products, including a number of different keychain devices, lighters, speakers, apparel,

- 1 -

1  wallets, cuff links, and decals, primarily with automotive themes. Boostnatics designs many of
2  its products and produces them through its manufacturing partnerships, sourcing and importing
3  other products and selling all of its products through various online retail channels, including
4  through its website located at www.boostnatics.com, www.eBay.com, and www.Amazon.com.

5  2. According to the records of the California Secretary of State, Defendant I - Max
6  Trading Inc. ("I - Max") is a California corporation headquartered at 382 N Lemon Ave Ste 119,
7  Walnut, CA 91789. I - Max's registered agent is Yachi Chang.

8  3. I - Max is an Internet-based vendor of automobile-related products, including
9  lanyards, car accessories/parts, and novelty items with an automotive theme, including on eBay
10 under the username "speed_priority" (and formerly "speed_power"). On information and belief, I
11 - Max distributes products throughout the United States, including within the State of California
12 and in this judicial district, as set forth in greater detail below.

## JURISDICTION AND VENUE

14 4. This action arises under, *inter alia,* the patent laws of the United
15 States, 35 U.S.C. §§ 1 *et seq*.

16 5. This Court has original jurisdiction over the subject matter of this action
17 under 28 U.S.C. §§ 1331 and 1338(a) because this action involves substantial claims
18 arising under the United States Patent Act, 35 U.S.C. §§ 1 *et seq*.

19 6. This court has personal jurisdiction over Defendant because, on information
20 and belief, Defendant regularly conducts business in, and has continuous and systematic
21 contacts with, the State of California.

22 7. Venue is appropriate in this District under 28 U.S.C. §§ 1391(b) and 1400(b).

**DIVISIONAL ASSIGNMENT**

8. This action arises in part due to activities in Los Angeles County, and is thus properly filed in the Western Division of this Court.

**FACTS**

**Patent-in-Suit**

9. On February 24, 2015, the '763 Patent duly and legally issued from the United Stated Patent and Trademark Office ("USPTO"), entitled "KEYCHAIN DEVICE," to assignee Boost Keychains. The patent covers an ornamental design for a keychain device and is attached as Exhibit A.

10. Boostnatics is the owner of the '763 Patent by virtue of an assignment from Boost Keychains dated July 21, 2015 and recorded with the United States Patent and Trademark Office at Reel/Frame 36150/974, and Boostnatics has the right to enforce the patent with respect to Defendant.

11. On March 15, 2016, the '283 Patent duly and legally issued from the USPTO, entitled "KEYCHAIN DEVICE," to assignee Boostnatics. The patent covers an ornamental design for a keychain device and is attached as Exhibit B.

12. The '283 Patent and the '763 patent are collectively referred to herein as the "Boostnatics Patents."

**I - MAX's Keychain Attachment**

12. I - Max markets and sells "Turbo Keychains," which are novelty item devices that attach to keychains. Photographs of one of I - Max's "Turbo Keychains" are attached Exhibit C.

13. On information and belief, I - Max markets and sells its "Turbo Keychains" throughout the United States, including within and throughout the State of California, through various online sales channels including eBay.com and Amazon.com.

**COUNT I**

(Patent Infringement)

14. Boostnatics repeats and realleges each and every allegation set forth in paragraphs 1 through 13 of this Complaint.

1    15.    Defendant manufactures, uses, or offers to sell, sells, and/or induces the use of
2 the ornamental designs recited in the Boostnatics Patents, including but not limited to
3 Defendants' "Turbo Keychains".

4    16.    Through Defendants' manufacture, use, or offer to sell, sale, and/or inducement
5 of others to sell or use Defendants' "Turbo Keychains," Defendants have and continue to
6 infringe the claims of the Boostnatics Patents as defined by 35 U.S.C. § 271(a), (b) and/or (c).

7    17.    Copies of photographs comparing I - Max's "Turbo Keychain" with
8 Boostnatic's keychain device are attached as Exhibit C. The parties' products are virtually
9 identical.

10    18.    On information and belief, the design of Defendant's "Turbo Keychains" were
11 not independently developed, but rather were created with knowledge of Boostnatic's keychain
12 devices, which are covered by the Boostnatics Patents.

13    19.    Boostnatics has suffered damages by reason of Defendant's infringement and
14 will continue to suffer damage until this Court enjoins the infringing conduct.

15    20.    In letters dated January 13, 2016, Boostnatics has provided actual notice to I -
16 Max of its infringement.

17    21.    To the extent that I - Max has continued its infringing activities, such
18 infringement is willful, entitling Boostnatics to the recovery of increased damages under 35
19 U.S.C. § 284.

20    22.    I - Max's conduct makes this an "exceptional case," justifying an award of
21 attorneys' fees and costs to Boostnatics pursuant to 35 U.S.C. § 285.

22    23.    I - Max's infringing activity has caused Boostnatics irreparable harm and will
23 continue to cause such harm without the issuance of an injunction. Defendant will continue to
24 infringe and/or induce others to infringe the Boostnatics Patents unless enjoined by this Court.

**PRAYER FOR RELIEF**

Wherefore, Boostnatics prays that this Court:

A.    Grant Boostnatics Judgment that Defendant has infringed the Boostnatics Patents in violation of 35 U.S.C. § 271;

- 4 -

1    B.    Grant Boostnatics Judgment that I - Max's infringement has been willful in violation of 35 U.S.C. § 284;

C.    Grant an injunction against further infringement of the Boostnatics Patents by Defendant, its agents, servants, employees, and other persons connected to or affiliated with Defendant;

D.    Grant an award of damages adequate to compensate Boostnatics for the patent infringement that has occurred pursuant to 35 U.S.C. § 285, which shall be trebled as a result of I - Max's willful patent infringement, or an award of Defendant's profits from their infringement pursuant to 35 U.S.C. § 289, whichever is greater, together with prejudgment interest and costs;

E.    Grant an assessment of costs, including reasonable attorney's fees, pursuant to 35 U.S.C. § 285, with prejudgment interest; and

F.    Grant such other relief as this Court deems just and proper.

## JURY DEMAND

Boostnatics requests a trial by jury pursuant to Fed. R. Civ. P. 38.

Respectfully submitted,

Dated:  May 11, 2017

Evan A. Raynes, State Bar No. 164447
Symbus Law Group, LLC
1775 I Street, NW, Suite 1150
Washington, DC 20006
Phone:  202-258-0652
Fax:  540-518-9037
eraynes@symbus.com

Clifford D. Hyra
Symbus Law Group, LLC
11710 Plaza America Drive, Suite 200
Reston, Virginia 20190
Tel: 866-913-3499
Fax: 866-913-3501
chyra@symbus.com

Counsel for Plaintiff
Boostnatics, LLC