Evan A. Raynes, State Bar No. 164447
Email: eraynes@symbus.com
Symbus Law Group, LLC
1775 I Street, NW, Suite 1150
Washington, DC 20006
Phone: 202-258-0652
Fax: 540-518-9037

Counsel for Plaintiff
Boostnatics, LLC

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Boostnatics, LLC, <br><br> Plaintiff, <br><br> v. <br><br> I - Max Trading Inc., <br><br> Defendant. | Civil Action No. CV 17-3562-GW(AGRx) <br><br> **ORDER GRANTING DEFAULT JUDGMENT** |

The Court, having reviewed Plaintiff's Motion for Default and accompanying documents, the evidence of record, and the applicable law, orders as follows.

    A.    Judgment is entered against Defendant for infringing U.S. Design Patent Nos. D722,763 and D751,283 by manufacturing, selling, offering for sale, and inducing others to use and sell its "Turbo Keychain" products under 35 U.S.C. § 271.

    B.    Defendant and its agents, servants, employees, and other persons connected to or affiliated with Defendant are immediately and permanently enjoined from further infringing U.S. Design Patent Nos. D722,763 and D751,283 by manufacturing, selling, offering for sale, or inducing others to use and sell its "Turbo Keychain" products or any other products that have substantially the same design as the ornamental designs recited in U.S. Design Patent Nos. D722,763 and D751,283, including on eBay and other online marketplaces, under 35 U.S.C. § 283.

C. Plaintiff is awarded its lost profits damages of $743.04 under 35 U.S.C. § 284.

D. Defendant's infringement of the Boostnatics Patents has been willful, and Plaintiff is awarded treble its lost profits damages of $743.04, i.e., total lost profits damages of $2,229.12, under 35 U.S.C. § 284.

E. Plaintiff is the prevailing party in this action and is awarded its costs of $400 for the filing fee for this action pursuant to Federal Rule of Civil Procedure 54(d)(1).

**IT IS SO ORDERED.**

Dated: September 28, 2017

_____
GEORGE H. WU, U.S. District Judge